UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| SAEED YOUSUF, | Case No. 5:16-cv-05098-EJD |
|---|---|
| Plaintiff, | |
| v. | **ORDER DENYING STIPULATION REGARDING DEADLINES** |
| ROBERT A BOTHMAN, INC., | Re: Dkt. No. 56 |
| Defendant. | |

The parties have filed a stipulation seeking to extend certain deadlines because Plaintiff's counsel is leaving her firm and Plaintiff intends to represent himself until he finds new counsel. Dkt. No. 56. Plaintiff has also filed a notice of substitution of attorney which substitutes "himself in pro se" for his current counsel, Amy Carlson. Dkt. No. 57. Plaintiff does not appear to be an attorney himself. *Id.* (listing no state bar number for Plaintiff).

As Civil Local Rule 11-5(a) sets forth, "[c]ounsel may not withdraw from an action until relieved by order of Court after written notice has been given reasonably in advance to the client and to all other parties who have appeared in the case." Accordingly, if Plaintiff's counsel seeks to terminate representation such that Plaintiff will proceed *pro se*, she must move to withdraw. If circumstances require the Court's attention on an accelerated pace, Plaintiff's counsel may move to shorten time pursuant to Civil Local Rule 6-1.

Because no such request has been made, the status quo remains. All deadlines remain as set and Plaintiff's counsel shall continue to serve as counsel of record.

**IT IS SO ORDERED.**

Dated: March 5, 2018

EDWARD J. DAVILA
United States District Judge

Case No.: 5:16-cv-05098-EJD
ORDER DENYING STIPULATION REGARDING DEADLINES
1