UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

SAEED YOUSUF,

             Plaintiff,

    v.

ROBERT A BOTHMAN, INC.,

             Defendant.

Case No. 5:16-cv-05098-EJD

**ORDER GRANTING APPLICATION
FOR ORDER SHORTENING TIME**

Re: Dkt. No. 60

Plaintiff's request to hear his Motion to Withdraw and Request for a Continuance of Deadlines (Dkt. No. 59) on shortened time is GRANTED.  The motion shall be heard at 10:00 a.m. on March 22, 2018.  Plaintiff,  his counsel of record, and Defendant shall appear at the hearing.

Any response to Plaintiff's Motion to Withdraw and Request for a Continuance of Deadlines shall be filed no later than March 19, 2018.

**IT IS SO ORDERED.**

Dated: March 15, 2018

EDWARD J. DAVILA
United States District Judge