UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SAEED YOUSUF,<br><br>    Plaintiff,<br><br>v.<br><br>ROBERT A BOTHMAN, INC.,<br><br>    Defendant. | Case No. 5:16-cv-05098-EJD<br><br>**ORDER CONDITIONALLY GRANTING MOTION TO WITHDRAW**<br><br>Re: Dkt. No. 59 |

Before the Court is a motion seeking permission for Employment Rights Attorneys and its attorneys (collectively, "Counsel") to withdraw as counsel of record for Plaintiff. Dkt. No. 59. Neither Plaintiff nor Defendant opposes this request. *See id.*; Dkt. No. 62.

Pursuant to Civil Local Rule 11-5(b) and for the reasons stated on the record at the hearing on March 22, 2018, the Court conditionally GRANTS the motion, subject to the condition that papers may continue to be served on Counsel for forwarding purposes. Unless and until Plaintiff appears by other counsel or pro se, Counsel shall remain counsel of record for this purpose.

This case and all deadlines are STAYED. The Court SETS a further status conference at 10:00 a.m. on May 24, 2018. Plaintiff (or substitute counsel, if such counsel is obtained), Counsel, and Defendant shall appear at the status conference.

**IT IS SO ORDERED.**

Dated: March 22, 2018

                                              EDWARD J. DAVILA
                                              United States District Judge